UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
DAYTON, OHIO

PETER H. HEINS, (INDIVIDUALLY), and
PETER H. HEINS, ADMINISTRATOR
Of the Estate of Clayton Michael Heins,

Plaintiff,

v.

COMMERCE AND INDUSTRY
INSURANCE COMPANY, AIG
AEROSPACE INSURANCE SERVICES,
Inc., and AIG AEROSPACE
ADJUSTMENT SERVICES, INC.,

Defendants.

Case No. 3:17-cv-00110

Hon. Walter H. Rice

---

Konrad Kuczak (0011186)
Trial Attorney for Plaintiff
130 West Second Street, Suite 1010
Dayton, OH 45402-1588
(937) 228-8363
(937) 228-0520 (Fax)
your_lawyer@sbcglobal.net

JAFFE RAITT HEUER & WEISS, P.C.
By: Scott R. Torpey (0081561)
Attorneys for Defendants
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
(248) 351-3082 (Fax)
storpey@jaffelaw.com

---

## STIPULATED ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING OR MOTION

Defendants, **COMMERCE AND INDUSTRY INSURANCE COMPANY, AIG AEROSPACE INSURANCE SERVICES, Inc., and AIG AEROSPACE ADJUSTMENT SERVICES, INC.** ("Defendants"), by and through its respective counsel, moves the Court under Local Rule 6.1(a) for an extension of time of fourteen (14) days for Defendants to file their responsive pleading or motion. The current responsive pleading or motion filing date is

3728236

April 10, 2017. A fourteen (14) day extension would move the filing date to April 24, 2017. Plaintiff's counsel concurs with this extension and stipulates to the same. No prior extensions related to the filing of any pleadings have been requested by any party.

I STIPULATE TO THE ABOVE:

/s/ Konrad Kuczak (w/ permission)
By: Konrad Kuczak (0011186)
*Attorney for Plaintiff*
130 West Second Street, Suite 1010
Dayton, OH 45402-1588
(937) 228-8363
(937) 228-0520 (Fax)
Your_lawyer@sbcglobal.net

/s/ Scott R. Torpey
JAFFE RAITT HEUER & WEISS, P.C.
By: Scott R. Torpey (0081561)
*Attorneys for Defendant*
27777 Franklin Road, Ste. 2500
Southfield, MI 48034
248-351-3000
248-351-3082 (Fax)
storpey@jaffelaw.com

## ORDER

Upon the filing and reading of the Stipulated Order submitted herein and this Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the current date for Defendants to file their responsive pleading or motion is extended from April 10, 2017 to April 24, 2017.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 4-7-17