IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PETER H. HEINS, et al.,

    Plaintiffs,

v.

COMMERCE AND INDUSTRY
INSURANCE COMPANY, et al.,

    Defendants.

Case No. 3:17-cv-00110

JUDGE WALTER H. RICE

DECISION AND ENTRY SUSTAINING UNOPPOSED MOTION TO RESCHEDULE TRIAL DATE (DOC. #66)

This matter is before the Court on an unopposed motion by Defendants to reschedule the trial date currently set for December 3, 2018, and to use that date for a mediation. Plaintiffs have indicated their agreement with Defendants' motion.

The Court finds the motion well-taken and sustains same. The status conference scheduled for October 10, 2018, at 5:00 p.m. is cancelled and rescheduled for November 5, 2018 at 4:00 p.m.

Date: October 16, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE